# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, *Secretary of Labor, United States Department of Labor*<br><br>v.<br><br>OSAKA JAPAN RESTAURANT, INC., J.H.S.K., INC., KWANG BUM KIM and JAMES KIM | CIVIL ACTION<br><br>NO. 17-1018 |

## ORDER

**AND NOW**, this __12th__ day of __July__, 2018, for the reasons stated in the foregoing memorandum on the foregoing Memorandum, Plaintiff R. Alexander Acosta's motion for partial summary judgment (ECF 29) is **GRANTED IN PART** and **DENIED IN PART**.

Defendants' Osaka Japan Restaurant Inc.; J.H.S.K., Inc.; Kwang Bum Kim; and James Kim's Motion for Settlement Conference (ECF 32) is **GRANTED**. A settlement conference will be scheduled before Judge Strawbridge.

Plaintiff's Motion to Amend/Correct the Schedule A to the Complaint (ECF 35) is **GRANTED AS UNOPPOSED**.

                                                 **BY THE COURT:**

                                                 **/s/ Michael M. Baylson**

                                                 **MICHAEL M. BAYLSON, U.S.D.J.**